# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>RICE RE HOLDINGS I,<br>a Texas Nonprofit Corporation,<br><br>AMHERST NORTH, LLC,<br>a Texas Limited Liability Company,<br><br>UNIVERSITY NORTHEAST LLC,<br>a Texas Limited Liability Company,<br><br>and<br><br>UNIVERSITY SOUTH LLC,<br>a Texas Limited Liability Company,<br><br>    Defendants. | Case No.:   4:20-cv-00258 |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants, file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case. The parties are currently in the process of obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within ten (10) days.

Dated: June 22, 2020

Respectfully submitted,                              Respectfully submitted,

| | |
|---|---|
| */s/ Louis I. Mussman* | */s/ Hollie L. Reiminger* |
| Louis I. Mussman | Hollie L. Reiminger |
| Attorney-in-charge | Attorney-in-charge |
| Florida Bar No. 597155 | Texas Bar No.24060559 |
| S.D. TX No. 2274288 | Southern District ID No. 1037349 |
| Ku & Mussman, P.A. | hreiminger@fisherphillips.com |
| 18501 Pines Boulevard, Suite 209-A | Teresa Valderrama |
| Pembroke Pines, Florida 33029 | Texas Bar No. 20422500 |
| Telephone: (305) 891-1322 | Southern District ID No. 10687 |
| Facsimile: (305) 891-4512 | tvalderrama@fisherphillips.com |
| Louis@KuMussman.com | FISHER & PHILLIPS LLP |
| | 910 Louisiana Street, Suite 4000 |
| and | Houston, Texas 77002 |
| | Telephone: (713) 292-0150 |
| John K. Grubb | Facsimile: (713) 292-0151 |
| Local Counsel | |
| State Bar No. 08553500 | and |
| John K. Grubb & Associates | |
| 4550 Post Oak Place, Suite 201 | Steve A. Miller |
| Houston, TX 77027 | Illinois Bar No. 6243506 |
| Tel: (713) 877-8800 | smiller@fisherphillips.com |
| Fax: (713) 877-1229 | FISHER & PHILLIPS LLP |
| johnkgrubb@grubblegal.com | 10 South Wacker Drive, Suite 3450 |
| | Chicago, IL 60606 |
| *Counsel for Plaintiff* | Telephone (312) 580-7817 |
| | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

    Hollie L. Reiminger
    Teresa Valderrama
    FISHER & PHILLIPS LLP
    910 Louisiana Street, Suite 4000
    Houston, Texas 77002

    Steve A. Miller

2

FISHER & PHILLIPS LLP
10 South Wacker Drive, Suite 3450
Chicago, IL 60606

                                    By:  */s/ Louis I. Mussman*
                                           Louis I. Mussman