United States District Court
Southern District of Texas
**ENTERED**
June 30, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RICE RE HOLDINGS I, a Texas Nonprofit Corporation, | ) ) ) |
| AMHERST NORTH, LLC, a Texas Limited Liability Company, | ) ) ) |
| UNIVERSITY NORTHEAST LLC, a Texas Limited Liability Company, | ) ) ) |
| and | ) ) |
| UNIVERSITY SOUTH LLC, a Texas Limited Liability Company, | ) ) ) |
| Defendants. | ) ) |

Case No.:   4:20-cv-00258

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendants' Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is hereby dismissed with prejudice; **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this  30th  day of       June       , 2020.

UNITED STATES DISTRICT JUDGE